UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROKSANA HESARI,**

    **Plaintiff,**

**v.**                                                            **Case No: 6:16-cv-1624-Orl-41GJK**

**EASTERN US TRADING COMPANY,
INC. and MARWA ELGAZZAR,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 29). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 30), in which he recommends that the general release and confidentiality provisions in the parties' agreement be stricken, but that the motion be granted in all other respects.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 29) is **GRANTED in part**.

3. Paragraphs 2.A and 2.E of the Settlement Agreement (Doc. 29-1 at 2) are **STRICKEN**. In all other respects, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2017.



Copies furnished to:

Counsel of Record